IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chauncey, Colette | Case Number: 05 B 49670 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/27/08 | Filed: 10/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 18, 2008
Confirmed: December 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,800.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 6,510.89 |
| Priority: | | 0.00 |
| Administrative: | | 1,794.00 |
| Trustee Fee: | | 458.87 |
| Other Funds: | | 36.24 |
| Totals: | 8,800.00 | 8,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Daniel J Winter | Administrative | 1,794.00 | 1,794.00 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 2,497.13 | 1,086.57 |
| 5. | ECast Settlement Corp | Unsecured | 3,886.44 | 1,690.99 |
| 6. | World Financial Network Nat'l | Unsecured | 339.65 | 139.23 |
| 7. | Charming Shoppes | Unsecured | 653.86 | 284.51 |
| 8. | Charming Shoppes-Fashion Bug | Unsecured | 863.46 | 375.70 |
| 9. | World Financial Network Nat'l | Unsecured | 429.13 | 175.94 |
| 10. | Illinois Student Assistance Commission | Unsecured | 3,234.54 | 1,407.44 |
| 11. | Resurgent Capital Services | Unsecured | 1,539.10 | 669.68 |
| 12. | B-Line LLC | Unsecured | 1,004.04 | 436.89 |
| 13. | Capital One | Unsecured | 594.98 | 243.94 |
| 14. | Discover Financial Services | Unsecured | | No Claim Filed |
| 15. | Citi Cards | Unsecured | | No Claim Filed |
| 16. | Lerner Stores | Unsecured | | No Claim Filed |
| 17. | Jeffcapsys | Unsecured | | No Claim Filed |
| 18. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 19. | WF FNB/VS | Unsecured | | No Claim Filed |
| 20. | Virginia Specialty Stores | Unsecured | | No Claim Filed |
| 21. | Spiegel | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,836.33 | $ 8,304.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chauncey, Colette | Case Number: 05 B 49670 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/27/08 | Filed: 10/12/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 175.99 |
| 5% | 40.00 |
| 4.8% | 115.22 |
| 5.4% | 127.66 |
| | _____ |
| | $ 458.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

